**FT. SMITH, SUBIACO & ROCK ISLAND R. CO., Appellant, v. A. W. MELLON, Director General of Railroads, as Agent for the President of the United States.**

Court of Appeals of District of Columbia.

Submitted December 5, 1927. Decided February 6, 1928.

No. 4569.

Appeal from the Supreme Court of the District of Columbia.

M. C. Elliott and G. H. Parker, both of Washington, D. C., for appellant.

A. M. Bull, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This is a companion case to No. 4570, Flint River & Northeastern R. R. Co. v. A. W. Mellon, Director General of Railroads, as Agent for the President of the United States, 58 App. D. C. ——, 24 F.(2d) 610, this day decided. The decision in that case is controlling in this.

The decree is affirmed, with costs.